CARLSMITH BALL LLP

| | |
|---|---|
| GARY G. GRIMMER | 1769-0 |
| NATHANIEL A. HIGA | 9064-0 |

ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
ggrimmer@carlsmith.com
nhiga@carlsmith.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EMERSON M.F. JOU, M.D.,<br><br>Plaintiff,<br>vs.<br><br>GREGORY M. ADALIAN, DOES 1-30,<br><br>Defendants. | CIVIL NO.  CV 09-00226 JMS-KSC<br> FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF  EMERSON M.F. JOU, M.D.'S MOTION FOR DEFAULT JUDGMENT (DOCKET # 9) AND **ORDER** GRANTING DEFENDANT GREGORY M. ADALIAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT (DOCKET #12)<br><br>Hearing:<br>Date:     September 28, 2009<br>Time:    9:30 a.m.<br>Judge:   Kevin S.C. Chang<br><br>No Trial Date Set |

**FINDINGS AND RECOMMENDATION TO DENY  PLAINTIFF EMERSON M.F. JOU, M.D.'S MOTION FOR DEFAULT JUDGMENT (DOCKET #9) AND
ORDER GRANTING PLAINTIFF GREGORY M. ADALIAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT (DOCKET #12)**

Plaintiff Emerson M.F. Jou, M.D.'s Motion For Default Judgment filed on July 31, 2009, and Defendant Gregory M. Adalian's Motion To Set Aside Entry Of Default filed on August 26, 2009, having come on for a hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, on September 28, 2009, at 9:30 a.m., with Gary G. Grimmer, Esq. having appeared on behalf of Defendant Gregory M. Adalian and Stephen M. Shaw, Esq. having appeared on behalf of Plaintiff Emerson M.F. Jou, M.D., and the Court having heard the arguments and having been apprised of the record,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT the Motion To Set Aside Entry of Default is  GRANTED and IT IS HEREBY FOUND AND RECOMMENDED that the Motion for Default Judgment be DENIED.

DATED:  Honolulu, Hawaii, November 12, 2009.

  

Kevin S.C. Chang
United States Magistrate Judge

_____

*Emerson M.F. Jou, M.D. v. Gregory M. Adalian, et al.*; Civil No. 09-00226-JMS-KSC, U.S. District Court, District of Hawaii; **FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF EMERSON M.F. JOU, M.D.'S MOTION FOR DEFAULT JUDGMENT (DOCKET #9) AND ORDER GRANTING DEFENDANT GREGORY M. ADALIAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT (DOCKET #12)**

APPROVED AS TO FORM:

/s/ Stephen M. Shaw
STEPHEN M. SHAW, ESQ.

Attorney for Plaintiff
Emerson M.F. Jou, M.D.

---

*Emerson M.F. Jou, M.D. v. Gregory M. Adalian, et al.*; Civil No. 09-00226-JMS-KSC, U.S. District Court, District of Hawaii; **FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF EMERSON M.F. JOU, M.D.'S MOTION FOR DEFAULT JUDGMENT (DOCKET #9) AND ORDER GRANTING DEFENDANT GREGORY M. ADALIAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT (DOCKET #12)**