STEPHEN M. SHAW, ESQ. 4336
P.O. Box 2353
Honolulu, Hawaii  96804
Tel:  (808) 521-0800
Fax: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
EMERSON M.F. JOU, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EMERSON M.F. JOU, M.D. | CIVIL NO. 09-00226 JMS/KSC |
| Plaintiff, | FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF EMERSON M.F. , JOU, M.D.'S MOTION TO ENFORCE SETTLEMENT AND FOR DAMAGES, ATTORNEY'S FEES, COSTS AND JUDGMENT [DOC NO. 69]; |
| vs. | |
| GREGORY M. ADALIAN; DOES 1-30, | |
| Defendants. | **Hearing Date:** 11-17-10<br>**Hearing Time:** 9:30 a.m. |
| | Magistrate Judge: Hon. Kevin S.C. Chang |

**FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF EMERSON M.F. JOU, M.D.'S MOTION TO ENFORCE SETTLEMENT AND FOR DAMAGES, <u>ATTORNEY'S FEES, COSTS AND JUDGMENT [DOC NO. 69]</u>**

Plaintiff's Motion To Enforce Settlement And For Damages, Attorney's Fees, Costs and Judgment filed October 6, 2010 having come on for a hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court on November 17, 2010 at 9:30 a.m., William M. Harstad, Esq. and Nathaniel A. Higa, Esq., Carlsmith Ball, LLP, appeared for Defendant GREGORY M. ADALIAN; Stephen M. Shaw, Esq. appeared on behalf of Plaintiff EMERSON M.F. JOU, M.D., and the Court having heard the arguments and having been apprised of the record,

IT IS HEREBY FOUND AND RECOMMENDED that Defendant GREGORY M. ADALIAN pay the $155,000.00 balance to Plaintiff EMERSON M.F. JOU, M.D. within one week from the date that the Honorable J. Michael Seabright, Judge of The United States District Court, District of Hawaii, takes final action on the Findings and Recommendation herein.

1

---

*Emerson M.F. Jou, M.D. v. Gregory M. Adalian, et al.;* Civil No. 09-00226- JMS-KSC, U.S. District Court, District of Hawaii; **FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF EMERSON M.F. JOU, M.D.'S MOTION TO ENFORCE SETTLEMENT AND FOR DAMAGES, ATTORNEY'S FEES, COSTS AND JUDGMENT [DOC NO. 69]**

Case 1:09-cv-00226-JMS-BMK   Document 80   Filed 11/19/10   Page 3 of 3       PageID #: 441

IT IS FURTHER FOUND AND RECOMMENDED that Judgment in the amount of $155,000.00 be entered forthwith in favor of Plaintiff EMERSON M.F. JOU, M.D., and against Defendant GREGORY M. ADALIAN, and

IT IS FURTHER FOUND AND RECOMMENDED that Plaintiff's request for civil contempt and Plaintiff's requests for damages and sanctions BE DENIED.

Attorney Stephen M. Shaw is directed to submit his Declaration to the Court setting forth his fees and costs reasonably incurred in bringing the instant Motion by November 22, 2010. The Court will thereafter supplement its Findings and Recommendation to include the fees and costs it deems to have been reasonably and necessarily incurred in connection with this motion.

Defendant GREGORY M. ADALIAN is cautioned that his failure to tender the balance of the settlement amount pursuant to a court order may result in a finding of civil contempt as well as other sanctions.

DATED: Honolulu, Hawaii, November 19, 2010.




Kevin S.C. Chang
United States Magistrate Judge

2

---

*Emerson M.F. Jou, M.D. v. Gregory M. Adalian, et al.;* Civil No. 09-00226- JMS-KSC, U.S. District Court, District of Hawaii; **FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF EMERSON M.F. JOU, M.D.'S MOTION TO ENFORCE SETTLEMENT AND FOR DAMAGES, ATTORNEY'S FEES, COSTS AND JUDGMENT [DOC NO. 69]**