STEPHEN M. SHAW, ESQ. 4336
P.O. Box 2353
Honolulu, Hawaii 96804
Tel: (808) 521-0800
Fax: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
EMERSON M.F. JOU, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EMERSON M.F. JOU, M.D. ) | CIVIL NO. 09-00226 JMS/KSC |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| GREGORY M. ADALIAN; ) | |
| DOES 1-30, ) | |
| ) | |
| Defendants. ) | |
| ) | Judge: Hon. J. Michael Seabright |
| _____) | No Trial Date Set |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following party via court efiling.

William M. Harstad, Esq.
Nathaniel A. Higa, Esq.
Carlsmith Ball, LLP
American Savings Bank Twr
1001 Bishop St. Ste. 2200
Honolulu, HI 96813

Attorneys for Defendant

DATED:  Honolulu, Hawaii, January 21, 2011.

*/s/ STEPHEN M. SHAW*
_____
STEPHEN M. SHAW
Attorney for Plaintiff
EMERSON M.F. JOU, M.D.