# MINUTES

CASE NUMBER:      CV09-00226JMS-KSC

CASE NAME:        Emerson M.F. Jou, M.D. vs. Gregory M. Adalian

ATTYS FOR PLA:    no appearance

ATTYS FOR DEFT:   Nathaniel Higa

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    C5 - no record

DATE:     1/25/2011                  TIME:        9:40-9:50am

COURT ACTION:   EP: Status/Settlement Conference Re: Motion to Enforce Settlement. No appearance made by Plaintiff's counsel.  Discussion held.

Submitted by: Shari Afuso, Courtroom Manager