IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EMERSON M.F. JOU, M.D. ) | CIVIL NO. 09-00226 JMS/KSC |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER FOR EXAMINATION OF |
| ) | JUDGMENT DEBTOR |
| GREGORY M. ADALIAN; ) | GREGORY M. ADALIAN |
| DOES 1-30, ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR EXAMINATION OF**
**JUDGMENT DEBTOR GREGORY M. ADALIAN**

On December 23, 2010, the Court filed its Judgment In a Civil Case in favor of Plaintiff EMERSON M.F. JOU, M.D. and against Defendant GREGORY M. ADALIAN.

On January 21, 2011, Plaintiff EMERSON M.F. JOU, M.D. filed "JUDGMENT CREDITOR EMERSON M.F. JOU, M.D.'S EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTOR, DEFENDANT GREGORY M. ADALIAN". Upon review of said motion and the record, it appears that the judgment against Mr. Adalian for $155,000.00 plus $6,365.36 has neither been stayed with a bond, or satisfied.

In accordance with the foregoing, and pursuant to 28 U.S.C. §636(b)(3), it is HEREBY ORDERED that the Judgment Debtor GREGORY M. ADALIAN shall

1

appear before this Court on February 14, 2011 at 9:30, a.m. before the Honorable Kevin S.C. Chang, United States Magistrate Judgment in Courtroom 5, 300 Ala Moana Blvd. Honolulu, Hawaii 96850 to be examined under Oath as to what property the Judgment Debtor owns or has/had an interest in, what debts are owing to the Judgment Debtor, the Judgment Debtor's income, identity and location of any supporting documents, and representations to third parties by the Judgment Debtor regarding his assets, debts or income.

    IT IS SO ORDERED

    DATED:  Honolulu, Hawaii, January 24, 2011.



_____
Kevin S.C. Chang
United States Magistrate Judge