IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EMERSON M.F. JOU, M.D., | ) CIVIL NO. 09-00226 JMS-KSC |
|  | ) |
|     Plaintiff, | ) ORDER GRANTING IN PART AND |
|  | ) DENYING IN PART MOTION FOR |
|   vs. | ) RECONSIDERATION OF |
|  | ) FINDINGS AND |
| GREGORY ADALIAN; DOES 1-30, | ) RECOMMENDATION TO GRANT IN |
|  | ) PART AND DENY IN PART |
|     Defendants. | ) PLAINTIFF'S MOTION FOR AN |
|  | ) ORDER THAT DEFENDANT |
|  | ) GREGORY M. ADALIAN IS IN |
|  | ) CONTEMPT OF COURT; FOR |
|  | ) FINES AND OTHER RELIEF AND |
|  | ) FOR ATTORNEYS' FEES AND |
| _____ | ) COSTS |

ORDER GRANTING IN PART AND DENYING IN PART
MOTION FOR RECONSIDERATION OF FINDINGS AND
RECOMMENDATION TO GRANT IN PART AND DENY IN PART
PLAINTIFF'S MOTION FOR AN ORDER THAT DEFENDANT GREGORY
M. ADALIAN IS IN CONTEMPT OF COURT; FOR FINES AND
<u>OTHER RELIEF AND FOR ATTORNEYS' FEES AND COSTS</u>

On August 30, 2011, this Court issued a Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for an Order that Defendant Gregory M. Adalian is in Contempt of Court; For Fines and Other Relief and For Attorneys' Fees and Costs ("F&R"). On August 31, 2011, Plaintiff Emerson Jou ("Plaintiff") filed an Objection to the F&R, which the district court has construed as a Motion for

Reconsideration of the F&R.  Doc. No. 125.

Plaintiff has informed the Court that following the August 29, 2011 hearing on his Motion for Contempt, his mainland counsel filed a motion to dismiss Defendant's August 26, 2011 Chapter 13 Bankruptcy Petition, with a request to expedite the hearing on the aforesaid motion.  Plaintiff believes that Defendant's claimed bankruptcy stay requires that the F&R be held in abeyance until the status of the stay is determined by the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

In light of this new fact and because Plaintiff may wish to seek additional and more complete relief depending on the outcome of the Chapter 13 Bankruptcy Petition, the Court rules as follows: 1) the August 30, 2011 F&R is HEREBY VACATED; 2) it is FOUND and RECOMMENDED that Plaintiff's Motion for Contempt be denied without prejudice.  Plaintiff may refile a motion for contempt in the future with a more complete record after the Bankruptcy Court has issued its ruling on the motion to dismiss.

IT IS SO ORDERED AND SO FOUND AND RECOMMENDED.

DATED:   Honolulu, Hawaii, September 1, 2011.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 09-00226 JMS-KSC; JOU V. ADALIAN; ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RECONSIDERATION OF FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR AN ORDER THAT DEFENDANT GREGORY M. ADALIAN IS IN CONTEMPT OF COURT; FOR FINES AND OTHER RELIEF AND FOR ATTORNEYS' FEES AND COSTS