IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EMERSON M. F. JOU, M.D., | CIV. NO. 09-00226 JMS/KSC |
| Plaintiff, | |
| vs. | |
| GREGORY ADALIAN; DOES 1-30, | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RECONSIDERATION OF FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR AN ORDER THAT DEFENDANT GREGORY M. ADALIAN IS IN CONTEMPT OF COURT; FOR FINES AND OTHER RELIEF AND FOR ATTORNEYS' FEES AND COSTS

The "Order Granting in Part and Denying in Part Motion for Reconsideration of Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for an Order That Defendant Gregory M. Adalian is in Contempt of Court; for Fines and Other Relief and for Attorneys' Fees and Costs" having been filed and served on all parties on September 1, 2011 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Order

is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 23, 2011.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge

*Jou v. Adalian et al.*, Civ. No. 09-00226 JMS/KSC; Order Adopting Magistrate Judge's Order Granting in Part and Denying in Part Motion For Reconsideration of Findings and Recommendations to Grant in Part and Deny in Part Plaintiff's Motion For an Order That Defendant Gregory M. Adalian Is in Contempt of Court; For Fines and Other Relief and For Attorneys' Fees and Costs

2