IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EMERSON M.F. JOU, M.D., | ) | CIVIL NO. 09-00226 JMS-KSC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR RECONSIDERATION |
| vs. | ) | OF MAGISTRATE JUDGE'S |
| | ) | SUPPLEMENTAL FINDINGS AND |
| GREGORY ADALIAN; DOES 1-30, | ) | RECOMMENDATION REGARDING |
| | ) | AWARD OF ATTORNEYS' FEES |
| Defendants. | ) | AND COSTS |
| _____ | ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR
RECONSIDERATION OF MAGISTRATE JUDGE'S
SUPPLEMENTAL FINDINGS AND RECOMMENDATION
REGARDING AWARD OF ATTORNEYS' FEES AND COSTS

On May 5, 2014, this Court issued a

Supplemental Findings and Recommendation Regarding

Award of Attorneys' Fees and Costs ("Supplemental

F&R"), wherein the Court recommended that the amount of

compensatory sanctions against Defendant should be

$10,550.89.

On May 6, 2014, Plaintiff filed a Motion for

Reconsideration of the Supplemental F&R, seeking to

include the $22,998.47 compensatory sanction previously

recommended in connection with Plaintiff's June 3, 2011

motion for contempt. Doc. No. 122. Following the

issuance of this Court's August 30, 2011 Findings and

Recommendation concerning the June 3, 2011 motion for contempt, Plaintiff filed a motion for reconsideration, requesting that the Court hold in abeyance its recommendation until the status of the bankruptcy stay was determined. As a result, this Court vacated its August 30, 2011 F&R, including the $22,998.47 compensatory sanction, and recommended denial of Plaintiff's motion for contempt without prejudice. Doc. No. 126 at 2.

In the conclusion section of his February 28, 2014 motion for contempt, Plaintiff requested the prior $22,998.47 award as part of the compensatory sanction. The Court did not include this figure in the Supplemental F&R. However, insofar as the prior recommended fee award represents losses sustained as a result of Defendant's contumacy, and the award was vacated solely because Defendant filed a bankruptcy action, the Court finds that Plaintiff is entitled to an additional $22,998.47 in fees, tax, and costs.[1]

---

[1] The prior recommended award was $22,810.46 in fees and tax, and $188.01 in costs.

Accordingly, the Motion is GRANTED and the Court recommends that the district court award Plaintiff $33,277.47 in fees and tax and $271.89 in costs, for a total of $33,549.36. The Court again recommends that the district court require Defendant to remit payment of said amount to Plaintiff no later than one week from the date the district court takes action on the Supplemental F&R.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 16, 2014.



Kevin S.C. Chang
United States Magistrate Judge

CV 09-00226 JMS-KSC; JOU V. ADALIAN; ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S SUPPLEMENTAL FINDINGS AND RECOMMENDATION REGARDING AWARD OF ATTORNEYS' FEES AND COSTS