IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EMERSON M.F. JOU, M.D., | ) CIVIL NO. 09-00226 JMS-KSC |
| Plaintiff, | ) ORDER OF RECUSAL |
| vs. | ) |
| GREGORY ADALIAN; DOES 1-30, | ) |
| Defendants. | ) |

ORDER OF RECUSAL

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 14, 2014.



Kevin S.C. Chang
United States Magistrate Judge