STEPHEN M. SHAW   4336
P.O. Box 2353
Honolulu, Hawaii  96804
Tel:  (808) 521-0800
Email: shawy001@gmail.com

Attorney for Plaintiff
EMERSON M.F. JOU, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EMERSON M.F. JOU, M.D. | ) | CIVIL NO. 09-00226 JMS/BMK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF EMERSON M.F. JOU, |
| | ) | M.D.'S **NONHEARING** MOTION FOR |
| | ) | DETERMINATION THAT THE |
| vs. | ) | CONTRACTUAL INTEREST RATES |
| | ) | APPLY; |
| GREGORY M. ADALIAN; | ) | MEMORANDUM IN SUPPORT OF |
| DOES 1-30, | ) | MOTION; |
| | ) | DECLARATION OF COUNSEL; |
| Defendants. | ) | EXHIBIT A; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Judge: Honorable J. Michael Seabright |
| | ) | Magistrate Judge: Hon. Barry M. Kurren |
| | ) | |
| _____ | ) | Trial Date:  N/A |

# PLAINTIFF EMERSON M.F. JOU, M.D.'S NONHEARING MOTION FOR DETERMINATION THAT THE CONTRACTUAL INTEREST RATES APPLY

Plaintiff EMERSON M.F. JOU, M.D., moves for Determination That The Contractual Interest Rates Apply.

The motion is made and based on the attached memorandum, the record and matters which can be judicially noticed.

The motion is grounded on the authorities provided herein, and the Stipulation (**Doc 187 pg 4 ¶7**) between the parties providing for this motion. The stipulation was that this matter would proceed by non-hearing motion.

DATED: Honolulu, Hawaii, September 16, 2015.

/s/ *STEPHEN M. SHAW*
STEPHEN M. SHAW
Attorney for Plaintiff
EMERSON M.F. JOU, M.D.